# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RASHID BRADLEY,** : | |
| Petitioner : | |
| : | **CIVIL ACTION NO. 3:17-0707** |
| v. : | |
| : | **(Judge Mannion)** |
| **WARDEN, USP-LEWISBURG,** : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 30, 2019**
17-0707-01-ORDER